**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

VIRGILIO FERNANDO ACEVEDO,                    RELATED BANKRUPTCY CASE: 12-12393

        DEBTOR.                                CHAPTER 13

                        JUDGE JOAN N. FEENEY

_____

VIRGILIO FERNANDO ACEVEDO,

        PLAINTIFF,                          ADV. PROCEEDING NO. 13-00247 EAG

        v.

DOMINGO ACEVEDO BAYRON, ET. AL.,

        DEFENDANT.                          FILED & ENTERED ON 01/13/2014

_____

**OPINION AND ORDER**

The application for admission *pro hac vice* filed on January 3, 2014, at Docket No. 282, is hereby DENIED without prejudice. P.R. LBR 9010-1(a), on admission to practice and admission *pro hac vice* in the bankruptcy court, simply refers attorneys to P.R. LBR 2090-1. P.R. LBR 2090-1(c), which specifically covers *pro hac vice* admissions, provides that "[e]xcept as modified by LBR 9010-1(b), the provisions contained in L.Civ.R. 83A(f), apply to practice in this [bankruptcy] court." P.R. L.Civ.R. 83A(f) requires a *pro hac vice* applicant to designate a member of the district court as local counsel.

The exception for uncontested matters contained in P.R. LBR 9010-1(b) does not apply to adversary proceedings. Adversary proceedings are not matters in the main bankruptcy case which may be uncontested and, when they become contested, are governed by Fed. R. Bankr.

P. 9014.  Adversary proceedings, like civil actions in the district court, are commenced by the filing of a complaint.  Fed. R. Bankr. P. 7003; Fed. R. Civ. P. 3.  And adversary proceedings are governed, for the most part, by the same Federal Rules of Civil Procedure which govern civil actions in the district court.  Fed. R. Bankr. P. 7002 - 7071.  Thus, attorneys not admitted in the district court are subject to the same requirements for admission *pro hac vice* to appear in an adversary proceeding in the bankruptcy court as in a civil action in the district court.

In Ponce, Puerto Rico, this 13th day of January 2014.

Edward A. Godoy
U.S. Bankruptcy Judge